UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Mary L. Golden, | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) |
| v. | )    Case No. 3:14-CV-492-PLR-HBG |
| | ) |
| Carolyn W. Colvin, | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     *Defendant*. | ) |

## JUDGMENT ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Order, the Report and Recommendation of the Magistrate Judge [Doc. 16] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED**, for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that the Commissioner's motion for summary judgment [R. 14] is **DENIED**, and the plaintiff's motion for judgment on the pleadings [R. 12] is **GRANTED IN PART and DENIED IN PART**. Upon remand, the Court recommends that the ALJ reconsider the plaintiff's disability rating from the VA and explain his consideration of the rating consistent with Social Security Ruling 06-03p.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
  CLERK OF COURT

1